```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,                :
                                                       :
              -against-                        :           16-CR-82 (VEC)
                                                       :
   EMANUEL FALCONER,                    :           <u>ORDER</u>
                                                         :
                            Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 22, 2021, Emanuel Falconer filed a Motion for Compassionate Release, Dkt. 281;

       IT IS HEREBY ORDERED that the Government is to respond, to confirm Mr. Falconer's release date is March 24, 2022 and that he may be eligible for placement to a halfway house five to six months prior to his release date, and to file the last two years of Mr. White's medical records as well as his prison disciplinary and education records by no later than **Friday, February 26, 2021**. The medical records must be filed under seal; the other records must be filed on ECF. Mr. Falconer's reply is due no later than **Friday, March 12, 2021**.

**SO ORDERED.**

Date: January 25, 2021
       New York, New York

                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**